**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | Civil Action Nos. |
| *1199 SEIU National Benefit Fund, et al. v. Actavis Holdco U.S., Inc., et al.* | 18-cv-02401 |
| *1199 SEIU National Benefit Fund, et al. v. Actavis Holdco U.S., Inc., et al.* | 19-cv-06011 |
| *West Val Pharmacy, et al. v. Actavis Holdco U.S., Inc., et al.* | 18-cv-02533 |
| *Reliable Pharmacy, et al. v. Actavis Holdco U.S., Inc., et al.* | 19-cv-06044 |
| *Reliable Pharmacy, et al. v. Actavis Holdco U.S., Inc., et al.* | 20-cv-06291 |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc. et al.* | 18-cv-00284 |
| *Walgreen Company v. Actavis Holdco U.S., Inc. et al.* | 20-cv-06258 |
| *J M Smith Corporation v. Actavis Holdco U.S., Inc.. et al.* | 20-cv-04370 |
| *CVS Pharmacy, Inc. v. Actavis Elizabeth, LLC, et al.* | 20-cv-06310 |
| *Rite Aid Corp and Rite Aid Hdqtrs.Corp. v. Actavis Holdco US, Inc., et al.* | 20-cv-03367 |
| *Winn-Dixie Stores, Inc., et al. v. Actavis Holdco U.S., Inc., et al.* | 20-cv-06290 |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | 18-cv-03299 |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | 19-cv-04862 |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | 20-cv-06303 |

| | |
|---|---|
| *Health Care Service Corp. v. Actavis Elizabeth, LLC, et al.* | 19-cv-05819 |
| *Molina Healthcare, Inc. v. Actavis Elizabeth, LLC, et al.* | 20-cv-00695 |
| *United HealthCare Services, Inc. v. Actavis Holdco U.S., Inc. et al.* | 19-cv-00629 |
| *United HealthCare Services, Inc. v. Teva Pharmaceuticals USA Inc., et al.* | 19-cv-05042 |
| *United HealthCare Services, Inc. v. Sandoz, Inc., et al.* | 20-cv-06557 |
| *Cigna Corp. v. Actavis Holdco US, Inc. et al.* | 20-cv-02711 |
| *MSP Recovery Claims, Series LLC, et al. v. Actavis Elizabeth, LLC, et al.* | 20-cv-00231 |
| *Providence St. Joseph Health, et al. v. Actavis Holdco U.S., Inc. et al.* | 23-cv-03636 |
| *County of Suffolk v. Actavis Holdco Us, Inc., et al.* | 20-cv-04893 |
| *County of Albany, et al. v. Actavis Holdco U.S., Inc., et al.* | 21-cv-01875 |
| *County of Westchester, et al. v. Actavis Holdco U.S., Inc., et al.* | 21-cv-04474 |
| *In Re: Amitriptyline Cases (End-Payer)* | 16-AM-27242 |
| *In Re: Amitriptyline Cases (Indirect Reseller)* | 16-AM-27243 |
| *In Re: Benazepril HCTZ Cases (End-Payer)* | 16-BZ-27242 |
| *In Re: Benazepril HCTZ Cases (Indirect Reseller)* | 16-BZ-27243 |
| *In Re: Clobetasol Cases (Indirect Reseller)* | 16-CB-27243 |
| *In Re: Clomipramine Cases (Indirect Reseller)* | 16-CM-27243 |
| *In Re: Desonide Cases (End-Payer)* | 16-DS-27242 |
| *In Re: Desonide Cases (Indirect Reseller)* | 16-DS-27243 |
| *In Re: Fluocinonide Cases (End-Payer)* | 16-FL-27242 |
| *In Re: Levothyroxine Cases (End-Payer)* | 16-LV-27242 |
| *In Re: Levothyroxine Cases (Indirect Reseller)* | 16-LV-27243 |

| | |
|---|---|
| *In Re: Lidocaine/Prilocaine Cases (End-Payer)* | 16-LD-27242 |
| *In Re: Lidocaine/Prilocaine Cases (Indirect Reseller)* | 16-LD-27243 |
| *In Re: Pravastatin Cases (Indirect Reseller)* | 16-PV-27243 |

# ORDER

**AND NOW**, this 16th day of May 2025, upon consideration of the attached Joint Stipulation Regarding Motion to Dismiss Briefing Schedule in the above-captioned actions, it is hereby **ORDERED** that the Stipulation is **APPROVED.**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

**JOINT STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE**

Plaintiffs and Defendants in the above-captioned actions (collectively, the "Parties"), by and through the undersigned counsel, stipulate to the following, subject to the Court's approval:

WHEREAS, on September 12, 2024, the Court issued PTO 282 (MDL Dkt. No. 3090), which imposed deadlines for Defendants' responses to all Complaints and required, in cases which motions to amend are pending, that Defendants respond within 60 days of a ruling on the motion;

WHEREAS, on March 5, 2025, the Court entered an order granting Plaintiffs' motions for leave to amend and supplement their Complaints in the above-captioned actions (MDL ECF 3269);

WHEREAS, on May 5, 2025, Defendants filed multiple motions to dismiss across the 38 above-captioned actions, including multiple joint motions across multiple actions (hereinafter, the "Motions");

WHEREAS, the Parties have conferred and agree to conserve resources and promote efficiency for both the Court and the Parties, additional time is necessary to review the issues raised in the Motions and to coordinate and consolidate responses among Plaintiffs; and

WHEREAS, the additional limited time for briefing will not impact or otherwise delay any other deadlines within the above-captioned MDL.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, as follows:

1.  Plaintiffs' oppositions to all Motions shall be filed on or before **June 20, 2025**. Plaintiffs will use best good faith efforts to file consolidated oppositions where appropriate. In connection with any consolidated opposition, Plaintiffs will be given the opportunity to file a supplemental opposition, not to exceed five pages, to address any individual issues not addressed in the consolidated brief.

2. Defendants' replies to all oppositions shall be filed on or before **July 23, 2025**.

3. All other page limitations shall remain unchanged.

Respectfully submitted,

| | |
|---|---|
| */s/ Samuel J. Randall* | */s/ Chul Pak* |
| Richard Alan Arnold, Esquire | Chul Pak, Esquire |
| William J. Blechman, Esquire | WILSON SONSINI GOODRICH & ROSATI |
| Samuel J. Randall, Esquire | Professional Corporation |
| Sperling Kenny Nachwalter, LLC | 1301 Avenue of the Americas, 40th Floor |
| 1441 Brickell Avenue, Suite 1100 | New York, N.Y. 10019 |
| Miami, Florida 33131 | Tel: (212) 999-5800 |
| Tel: (305) 373-1000 | Fax: (212) 999-5899 |
| Fax: (305) 372-1861 | E-mail: cpak@wsgr.com |
| E-mail: raa@sperlingkenny.com | |
|        wjb@sperlingkenny.com | |
|        srandall@sperlingkenny.com | */s/ Sheron Korpus* |
| | Sheron Korpus, Esquire |
| ***Liaison Counsel for the Direct Action Plaintiffs*** | KASOWITZ BENSON TORRES LLP |
| | 1633 Broadway |
| | New York, N.Y. 10019 |
| | Tel: (212) 506-1700 |
| */s/ Roberta D. Liebenberg* | Fax: (212) 506-1800 |
| Roberta D. Liebenberg, Esquire | E-mail: skorpus@kasowitz.com |
| Fine, Kaplan and Black, R.P.C. | |
| One South Broad Street, 23rd Floor | |
| Philadelphia, PA 19107 | */s/ Devora W. Allon* |
| Tel: (215) 567-6565 | Devora W. Allon, Esquire |
| E-mail: rliebenberg@finekaplan.com | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| ***Lead Counsel for the End-Payer Plaintiffs*** | New York, N.Y. 10022 |
| | Tel: (212) 446-5967 |
| | Fax: (212) 446-6460 |
| */s/ Christian Hudson* | E-mail: devora.allon@kirkland.com |
| Christian Hudson, Esquire | |
| CUNEO GILBERT & LADUCA, LLP | |
| 300 Cadman Plaza West | */s/ Alison Tanchyk* |
| 12th Floor, Suite 12060 | Alison Tanchyk, Esquire |
| Brooklyn, N.Y. 11201 | MORGAN, LEWIS & BOCKIUS, LLP |
| Tel: (202) 789-3960 | 600 Brickell Avenue, Suite 1600 |
| E-mail: christian@cuneolaw.com | Miami, Florida 33131 |
| | Tel: (305) 415-3444 |
| ***Lead Counsel for the Indirect Reseller Plaintiffs*** | E-mail: alison.tanchyk@morganlewis.com |
| | ***Defendants' Liaison Counsel*** |